THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Wayne Johnson, Appellant.
 
 
 

Appeal From York County
 Brooks P. Goldsmith, Circuit Court Judge

Unpublished Opinion No. 2009-UP-362
 Submitted June 1, 2009  Filed June 24,
2009   

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Wayne
 Johnson appeals his guilty plea to five counts of first-degree burglary and
 first-degree criminal sexual conduct.  Johnson entered pleas pursuant to North Carolina v. Alford, 400 U.S. 25 (1970), to armed robbery and assault
 with intent to commit a first-degree criminal sexual conduct.  Johnson received
 five concurrent forty year terms for the first degree burglary convictions, and
 three concurrent thirty year terms for the remaining charges.  Johnson asserts
 the trial court erred by accepting his plea because it did not comply with the
 mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Johnson
 filed a pro se brief.  After
 a thorough review of the record and both briefs pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., and THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.